McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

FILED

MAY - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06 sw 0094 DLB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL |
| v. ) | SEARCH WARRANT |
| ) | |
| 4169 W. Saginaw ) | |
| Fresno, CA ) | |
| ) | |
| Defendant. ) | |

The search warrant in this case, having been sealed by Order of this Court, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the search warrant be unsealed and made public record.

DATED: May 3, 2006

_____
HONORABLE DENNIS L. BECK

1